IN THE UNITED STATES BANKRUPTCY COURT TX-10
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN THE UNITED STATES BANKRUPTCY COURT   TX-10
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TONY R. CANADY** | § | CASE NO. **06-80566-G3-7** |
| | § | |
| | § | **MOTION TO PAY FUNDS INTO** |
| Debtor(s) | § | **THE REGISTRY UNDER 11 U.S.C.** |
| | § | **§374(A)** |

The undersigned Trustee reports:

_____  The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

\_\_X\_\_\_\_\_  More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said *Exhibit "A"* for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

DATED:  August 26, 2010     /s/ Robbye R. Waldron, Chapter 7 Trustee
                  ROBBYE R. WALDRON, TRUSTEE
                  15150 Middlebrook
                  HOUSTON, TX  77058
                  (281) 488-4438
                  (281) 488-4597 FACSIMILE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee electronically via the Court's Pacer system on the 26th day of August, 2010.

                  /s/ Robbye R. Waldron, Chapter 7 Trustee
                  Robbye R. Waldron, Chapter 7 Trustee

**EXHIBIT "A"**   TX-10

**PLEASE CHECK ONE:**

\_\_\_\_\_   Small Dividends
\_\_X\_\_   Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Bank of America NA (USA)<br>Attn: Mr. M. BK<br>P.O. Box 53160<br>Phoenix, AZ  85072-3160 | 1 | $46.00 |
| | | _____ |
| TOTAL | | $146.00 |